**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1790**

TONITA HALL,

Plaintiff – Appellant,

v.

UNITED STATES DEPARTMENT OF EDUCATION; OFFICE OF INSPECTOR GENERAL DEPARTMENT OF EDUCATION; FSA OMBUDSMAN U.S. DEPARTMENT OF EDUCATION; NORTHERN VIRGINIA COMMUNITY COLLEGE; SALLIE MAE,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia at Alexandria. Claude M. Hilton, Senior District Judge. (1:09-cv-01340-CMH-IDD)

Submitted: November 18, 2010      Decided: November 24, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tonita Hall, Appellant Pro Se. Deirdre Gaudet Brou, Special Assistant United States Attorney, Alexandria, Virginia, Paul Kugelman, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, Amy Sanborn Owen, COCHRAN & OWEN, LLC, Vienna, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonita Hall seeks to appeal the district court's order informing her that all inquiries regarding service of process should be directed to the U.S. Marshals service. Appellees have moved to dismiss this appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hall seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellees' motion and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED